```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 03902
    LORRAINE MAHAFFEY
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-4909

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
       The case was filed on 02/20/2008 and was confirmed 04/16/2008.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

       The case was dismissed after confirmation 09/03/2008.
------------------------------------------------------------------------
   CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                                PAID         PAID
------------------------------------------------------------------------
   AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED          .00           .00
   CAPITAL ONE               UNSECURED        1057.39           .00           .00
   CAPITAL ONE               UNSECURED        2857.11           .00           .00
   EMC MORTGAGE CORPORATION  CURRENT MORTG        .00           .00           .00
   EMC MORTGAGE CORPORATION  MORTGAGE ARRE    4454.60           .00           .00
   AMERICAS SERVICING COMPA  CURRENT MORTG        .00           .00           .00
   AMERICAS SERVICING COMPA  MORTGAGE ARRE    7313.93           .00           .00
   PEOPLES GAS LIGHT & COKE  UNSECURED         852.71           .00           .00
   CITY OF CHICAGO WATER DE  SECURED            92.00           .00         15.00
   COOK COUNTY TREASURER     SECURED              .00           .00           .00
   COOK COUNTY TREASURER     UNSECURED       NOT FILED          .00           .00
   WILSHIRE CREDIT CORPORAT  CURRENT MORTG        .00           .00           .00
   WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE    1767.72           .00           .00
   KEITH MAHAFFEY            NOTICE ONLY     NOT FILED          .00           .00
   ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,496.50                      1,631.79
   TOM VAUGHN                TRUSTEE                                         143.21
   DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
   TRUSTEE                    1,790.00

   PRIORITY                                              .00
   SECURED                                             15.00
   UNSECURED                                             .00
   ADMINISTRATIVE                                   1,631.79
   TRUSTEE COMPENSATION                               143.21
   DEBTOR REFUND                                         .00
                             ---------------   ---------------
   TOTALS                     1,790.00            1,790.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 03902 LORRAINE MAHAFFEY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |